U.S. DISTRICT COURT
ESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 1 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY JAMES MCLEOD,<br>  Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-03089 |
| VERSUS | |
| M. D. CARVAJAL,<br>  Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that McLeod's habeas petition is DENIED AND DISMISSED AS MOOT.

Additionally, the Court notes the copy of the report and recommendation mailed August 18, 2015 to Mr. McLeod's last known address was returned to the Clerk of Court on August 25, 2015, marked "return to sender." Thirty days have passed since August 25, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of October, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT